# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROSEMARY SCAVONE  
5532 SAVOY DRIVE  
LAKE IN THE HILLS, IL  60156  

SSN-xxx-xx-0466

Case Number: 05-75185

Case filed on: 9/26/2005  
Plan Confirmed on: 12/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $13,680.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | ROSEMARY SCAVONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CURVES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE | 5,211.09 | 5,211.09 | 2,175.56 | 0.00 |
| 002 | KOHL'S DEPARTMENT STORE | 653.20 | 653.20 | 272.70 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 3,027.01 | 3,027.01 | 1,263.73 | 0.00 |
| 004 | PAY PAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 4,289.73 | 4,289.73 | 1,790.89 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 840.87 | 840.87 | 351.05 | 0.00 |
| 007 | PORTFOLIO RECOVERY ASSOCIATES | 4,520.64 | 4,520.64 | 1,887.30 | 0.00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES | 5,676.37 | 5,676.37 | 2,369.80 | 0.00 |
|  | Total Unsecured | 24,218.91 | 24,218.91 | 10,111.03 | 0.00 |
|  | Grand Total: | 26,918.91 | 26,918.91 | 12,811.03 | 0.00 |

Total Paid Claimant:   $12,811.03  
Trustee Allowance:   $868.97  
Percent Paid Unsecured:   41.75

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan